SMITH EIBELER, LLC
Robert W. Smith, Esq.
101 Crawfords Comer Road, Suite 1-105R
Holmdel, New Jersey 07733
Tel: (732) 935-7246
Fax: (732) 444-1096

BILLER & KIMBLE, LLC
Andrew Biller, Esq.
Andrew Kimble, Esq.
Philip Krzeski, Esq.
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236

RAIMOND & STAINES, LLC
Timothy J. Staines
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 884-9636
Attorneys for Plaintiff

In the United States District Court
for the District of New Jersey

| | |
|---|---|
| Joseph Martin and Benjamin Brislawn,<br><br>*On behalf of themselves and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MSK Management, LLC, et al.,<br><br>Defendants. | Case No. 2:18-cv-11874-SDW-ESK<br><br>**NOTICE OF MOTION** |

TO:   Kathleen McLeod Caminiti, Esq.
       Fisher & Phillips, LLP
       430 Mountain Avenue, Suite 303
       Murray Hill, NJ 07974

**PLEASE TAKE NOTICE** that on April 15, 2020, or as soon thereafter as counsel may be heard, Plaintiff shall apply on Motion to the United States District Court for the District of New Jersey before the Honorable Susan D. Wigenton, U.S.D.J., for an Order: (1) granting final approval of the Settlement and finding that the Settlement is fair, adequate, and reasonable and was the product of arm's length negotiations; (2) finding that the Notice given to the Class Members of the Settlement was the best notice practical under the circumstances; (3) directing the distribution of the Settlement funds to the Class Members in accordance with the Settlement Agreement; (4) approving the proposed Service Awards for the named Plaintiffs Joseph Martin and Benjamin Brislawn and directing distribution of the same in accordance with the Settlement Agreement; and (5) approving Class Counsel's proposed award of attorney's fees, litigation costs and expenses, and class administration costs and directing the distribution of these approved amounts pursuant to the Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff shall rely upon the Brief, Affidavit of Nancy Johnson, and Certification of Counsel.

Dated: April 1, 2021

*/s/Robert W Smith*
Robert W. Smith, Esq.
Smith Eibeler, LLC
101 Crawfords Corner Road
Suite 1-105R
Holmdel, New Jersey 07733

Andrew Biller
Andrew Kimble
Philip Krzeski
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236

RAIMOND & STAINES, LLC
Timothy J. Staines

305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 884-9636

*Counsel for Plaintiffs and the class*